```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| JAY KING, | : |
|  | : No. 22-cv-5917 (NLH)(AMD) |
| Plaintiff, | : |
|  | : |
| v. | : MEMORANDUM OPINION |
|  | : |
| CUMBERLAND COUNTY | : |
| DEPARTMENT OF CORRECTIONS, | : |
|  | : |
| Defendant. | : |

IT APPEARING THAT:

1. Plaintiff Jay King filed a complaint under 42 U.S.C. § 1983. ECF No. 1.

2. The Court permitted Plaintiff's complaint to proceed on January 5, 2023. ECF No. 3.

3. The copy of the order that was sent to Plaintiff at his address of record was returned as undeliverable on January 19, 2023. ECF No. 4.

4. The return sticker stated "Return to Sender. No Such Number. Unable to Forward." Id.

5. Plaintiff has not communicated with the Court regarding his new address, in violation of Local Civil Rule 10.1. See L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their

1

client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk.").

6. The Clerk of the Court will be ordered to administratively terminate this case. Plaintiff may reopen this matter by submitting his updated address.

7. An appropriate order follows.


Dated: April 21, 2023           s/ Noel L. Hillman
At Camden, New Jersey           NOEL L. HILLMAN, U.S.D.J.